IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| JESSICA LYNN HAMRICK, | : | Case No. 15-21703-jrs |
| | : | |
| Debtor(s). | : | Judge Sacca |
|------|------|------|
| NATIONAL TITLE PAWN OF JASPER, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | **CONTESTED MATTER** |
| JESSICA LYNN HAMRICK, | : | |
| Respondent, | : | |
| and | : | |
| | : | |
| NANCY J. WHALEY, | : | |
| Trustee. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that NATIONAL TITLE PAWN OF JASPER has filed a Motion for Relief from Stay and related papers with the Court seeking an order modifying the stay with respect to the collateral of NATIONAL TITLE PAWN OF JASPER.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Relief from Stay on **February 11, 2016, at 1:30 p.m., Courtroom 103, United States Courthouse, 121 Spring St. SE, Gainesville, Georgia.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is : Clerk, U.S. Bankruptcy Court, Suite 120, 121 Spring Street SE, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: January 21, 2016

/s/  Elizabeth A. Stuhldreher
ELIZABETH A. STUHLDREHER
Attorney for Movant
Ga. Bar No. 690147

117 ½ Bradford Street
Suite 4
Gainesville, GA 30501
(770) 532-8244
stuhldreherlaw@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| JESSICA LYNN HAMRICK, | : | Case No. 15-21703-jrs |
| | : | |
| Debtor(s). | : | Judge Diehl |

---

| | | |
|---|---|---|
| NATIONAL TITLE PAWN OF JASPER, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | **CONTESTED MATTER** |
| JESSICA LYNN HAMRICK, | : | |
| Respondent, | : | |
| and | : | |
| | : | |
| NANCY J. WHALEY, | : | |
| Trustee. | : | |

MOTION FOR RELIEF FROM STAY
OR ALTERNATIVELY, FOR ADEQUATE PROTECTION

COMES NOW, NATIONAL TITLE PAWN OF JASPER (hereinafter National Title) pursuant to 11 U.S.C. Section 362, and respectfully shows as follows:

1.

Debtor filed a petition under Chapter 12 on August 30, 2014, case number 14-22051. That case was dismissed on or about July 1, 2015. Debtor filed a second petition under Chapter 12 on August 20, 2015.

2.

Debtor is indebted to National Title in the approximate principal amount of $6,128.31, exclusive of attorney fees and costs, such debt secured by a 2012 Chevrolet Traverse, vehicle identification number 1GNKREEDXCJ385886, as more fully described in the attached

documents (hereinafter collateral).

3.

Pursuant to the attached Contract, the debt has matured and is due and payable in full.

4.

Upon information and belief, Debtor continues to use and operate the collateral thereby resulting in a diminution of the value of National Title's collateral. Debtor has defaulted in payment due to Movant, and Movant has not been afforded adequate protection for its collateral. 11 U.S.C. §361.

5.

Cause exists for lifting the automatic stay, including the lack of adequate protection. 11 U.S.C. §362(d)(1).

6.

Alternatively, National Title requests adequate protection in the form of monthly payments for the Debtor's continued use and depreciation of the collateral. 11 U.S.C. Section 361.

7.

National Title requests an award of reasonable attorney fees and costs associated with the prosecution of this motion.

8.

National Title requests a waiver of the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

9.

National Title requests written proof of full coverage insurance on the collateral.

WHEREFORE, National Title prays that a hearing be scheduled in this matter and relief from the automatic stay be granted so as to allow National Tittle to repossess and foreclose its interest in the collateral, or alternatively, for entry of an Order providing adequate protection in favor of National Title,  for a waiver of the stay provisions of Fed. R. Bankr. P. 4001(a)(3), and any other relief the Court may deem appropriate.

DATED this 21st day of January, 2016.

/s/   Elizabeth A. Stuhldreher
ELIZABETH A. STUHLDREHER
Attorney for Movant
Ga. Bar No. 690147

117 ½ Bradford Street
Suite 4
Gainesville, GA 30501
(770) 532-8244
stuhldreherlaw@gmail.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served the Motion for Relief From Automatic Stay filed by National Title and Notice of Hearing upon the Debtor, Debtor's Attorney, and upon the Chapter 12 Trustee, by depositing a copy of the same in the United States Mail, properly addressed and with sufficient postage thereon.

Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Jessica Lynn Hamrick
477 Scarecorn Creek Rd
Jasper, GA 30143

Jonathan D. Clements
P. O. Box 2758
Gainesville, GA 30503

SERVED this 21st day of January, 2016.

/s/   Elizabeth A. Stuhldreher
ELIZABETH A. STUHLDREHER
Attorney for Movant
Ga. Bar No. 690147

117 ½ Bradford Street
Suite 4
Gainesville, GA 30501
(770) 532-8244
stuhldreherlaw@gmail.com